# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of March, two thousand twenty-five.

---

United States of America,

        Appellee,

v.

Keith Raniere, AKA Vanguard,

        Defendant - Appellant.

---

**ORDER**

Docket Nos. 24-778(L), 24-1317(Con), 24-1285(Con)

Appellant moves for a 4-day extension of time, until March 7, 2025, to file his reply brief. The Government does not oppose the motion.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court