# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of April, two thousand twenty-five.

_____

United States of America,

        Appellee,

v.

Keith Raniere, AKA Vanguard,

        Defendant - Appellant.
_____

**ORDER**

Docket Nos. 24-778(L), 24-1285(Con), 24-1317(Con)

Appellant moves for leave to file a corrected reply brief.

IT IS HEREBY ORDERED that the unopposed motion is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court