

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 20, 2025

The Honorable Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals
  for the Second Circuit
The Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    U.S. v. Keith Raniere
             Docket Nos. 24-778(L), 24-1285(CON), 24-1317(CON)
             <u>Oral Argument Scheduling Letter</u>

Dear Ms. Wolfe:

      We represent the United States of America, the Appellee, in the above-captioned consolidated appeals and respectfully write to provide additional dates of unavailability for oral argument. We are unavailable from September 2 through September 5; September 23 through 30; October 2; October 14; October 20; November 27 through November 28; and December 1 through 5.

      Thank you for your attention to this matter.

                                      Respectfully submitted,

                                      JOSEPH NOCELLA, JR.
                                      United States Attorney

                By:             /s/
                          Anthony Bagnuola
                          Tanya Hajjar
                          Assistant U.S. Attorneys