# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of May, two thousand twenty-five.

_____

United States of America,

        Appellee,

v.

Keith Raniere, AKA Vanguard,

        Defendant - Appellant.

_____

**ORDER**

Docket Nos. 24-778(L), 24-1285(Con), 24-1317(Con)

Honorable Richard Mays, Sr. moves for leave to file a supplemental amicus brief.

IT IS HEREBY ORDERED that the motion is REFERRED to the panel that will determine the merits of these appeals.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court